

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 05 2015

11/4/2015
RILEY, JAMES EDWARD    Tr. Ct. No. W91-62371-S (A)          WR-83,691-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JAMES EDWARD RILEY
COFFIELD UNIT - TDC # 617521
2661 FM 2054
TENNESSEE COLONY, TX  75884